CARL FEDER AND ANOTHER v. MODERN WOODMEN OF AMERICA.[1]

May 8, 1942.

No. 33,177.

*G. P. Smith,* for respondents.

PER CURIAM.

This is an action to recover $522.66 for lumber sold and delivered. Plaintiff had a verdict. Defendant appeals from the order denying its motion in the alternative for a judgment notwithstanding the verdict or a new trial.

The members of the court participating in the decision of this case being equally divided as to what the decision should be, the order is affirmed without opinion.

Affirmed.

[1]Reported in 3 N. W. (2d) 673.